## THE STATE v. WILLIAM MATZINGER, Appellant.

### Division Two, December 12, 1905.

APPELLATE PRACTICE: No Exceptions. Where appellant files no bill of exceptions, there is nothing before the appellate court except the record proper, and if that is free from error, the judgment will be affirmed.

Appeal from Buchanan Criminal Court.—*Hon. B. J. Casteel,* Judge.

AFFIRMED.

*Herbert S. Hadley,* Attorney-General, and *N. T. Gentry,* Assistant Attorney-General, for the State.

BURGESS, P. J.—On the twenty-third day of October, 1903, the defendant was convicted, in the criminal court of Buchanan county, of murder in the second degree, and his punishment assessed at fifty years' imprisonment in the penitentiary, for having killed and murdered, with a pistol, at said county, on the 10th day of July, 1903, one Etta May Gillmore. Defendant appeals.

No bill of exceptions was filed in this case; so that there is nothing before us for review except the record proper, and that appears to be free from error.

The judgment should be affirmed. It is so ordered. All concur.